1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MELVIN JOSEPH SIMMONS,                    No. C 10-4320 WHA (PR)

11                 Plaintiff,                  **ORDER OF DISMISSAL**

12     v.

13   THE UNITED STATES, et al.,

14                 Defendants.
                                           /
15

16          This is a civil rights action filed pro se by a prisoner.  On September 24, 2010, the clerk

17   notified plaintiff that he had neither paid the filing fee nor filed an application to proceed in

18   forma pauperis ("IFP").  Along with the notice, the clerk mailed to plaintiff the court's IFP

19   forms, instructions for completing the forms, and a stamped return envelope.  In the notice,

20   plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a

21   completed IFP application within thirty days.  The instructions indicated that in order to

22   complete the IFP forms, plaintiff would have to return a certificate of funds completed by a

23   prison official and a copy of his prisoner trust account statement, in accordance with Section

24   1915(a)(2).  *See* 28 U.S.C. 1915(a)(2).  On October 22, 2010, plaintiff filed an IFP application,

25   but the certificate of funds form was not completed and plaintiff did not include a copy of his

26   trust account statement, as he had been instructed to do.  Instead, plaintiff attached to his IFP

27   application a notice from prison officials indicating that plaintiff had not followed the proper

28   procedure for obtaining these documents.  Plaintiff includes no explanation for his failure to do

**United States District Court**
For the Northern District of California

so, nor has he submitted the completed certificate of funds form and trust account statement

necessary to complete his IFP application.  As plaintiff has neither paid the filing fee nor filed

an IFP application within the allotted time, and has not explained his failure to do so, this case

is **DISMISSED** without prejudice.  *See* Fed. R.Civ.P. 41(b).  The incomplete IFP application

(docket number 3) is **DENIED** .

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October ___28___, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SIMMONS4320.DFP.wpd

**United States District Court**
For the Northern District of California

2